LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DANNY TROXELL,<br><br>          Defendant. | Case No.: 2:19-cr-0107 KJM<br><br>NOTICE OF REQUEST TO FILE DOCUMENT UNDER SEAL<br><br>Date:  January 31, 2024<br>Time:  9:00 a.m.<br>Court:  Chief Judge Kimberly J. Mueller |

    Defendant Danny Troxell by and through his counsel Attorney Todd D. Leras, provides notice pursuant to Local Rule 141(b) that he is requesting to file under seal a document designated as Exhibit A in the Brief in Support of Request for Relief from Prejudicial Joinder/Renewed Motion to Sever.  The document contains confidential information regarding matters that are presently the subject of continuing law enforcement investigation.

NOTICE OF REQUEST TO FILE
DOCUMENT UNDER SEAL

The document designated as Exhibit A was produced by the government at the request of Defendant Troxell.  It is subject to a Protective Order previously issued in this case.  Its contents should therefore remain confidential.  Defendant Troxell has emailed this Notice of Request to File Document Under Seal, a proposed Order to Seal, and copy of Exhibit A to the government and court's proposed order email box.

 Dated:  January 24, 2024                     */s/ Todd D. Leras*
                                              TODD D. LERAS
                                              Attorney for Defendant DANNY TROXELL

NOTICE OF REQUEST TO FILE
DOCUMENT UNDER SEAL