Rene L. Valladares
Federal Public Defender
Brian Pugh
Assistant Federal Public Defender
Florida State Bar No. 0907294
Email: brian_pugh@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Steven G. Kalar
Kalar Law Office
California State Bar No. 189550
Email: Steven@KalarLaw.com
1569 Solano Ave. #312
Berkeley CA 94707
(415) 295-4675
(415) 338-9950

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL,<br><br>　　　　Defendant. | Case No. 2:19-cr-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL – LOCAL RULE 141**<br><br>Hon. Kimberly J. Mueller, Chief District Court Judge |

Defendant Ronald Yandell, through his attorneys of record, provides notice that an Application to Seal is being filed regarding the filing of an *Ex Parte* submission of a proffer on impeachment cross-examination of government witness. The defense requests the documents be filed under seal as they contains privileged material. Such privileges include, but are not limited to, the work product and attorney-client privilege. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration as prescribed by Local Rule 141(b).

DATED this 18th day of March 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brian Pugh*
BRIAN PUGH
Assistant Federal Public Defender

Law Office of Steven Kalar

*/s/ Steven G. Kalar*
STEVEN G. KALAR