DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Samuel Keeton

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAMUEL KEETON,<br><br>　　　　Defendant. | Case No.: 19-CR-00107-KJM<br><br>MOTION AND ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED |

Samuel Keeton, by and through his counsel, Danica Mazenko, hereby requests that this Court allow the sealed proceedings held before District Judge Kimberly J. Mueller held on July 1, 2024 to be transcribed.

Mr. Keeton, defense counsel, and counsel for the United States were all present for the entirety of the hearing. The parties now seek to reference statements from those proceedings.

Accordingly, the defense respectfully requests that this Court authorize the transcription of the sealed proceedings held on July 1, 2024.

Dated: November 21, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Danica Mazenko
　　　　　　　　　　　　　　　　　　　　　DANICA MAZENKO
　　　　　　　　　　　　　　　　　　　　　Attorney at Law

- 1 -

## ORDER

IT IS ORDERED that the sealed sentencing proceedings for Samuel Keeton be transcribed.

IT IS SO ORDERED.

Dated: 11/21/24

HON. KIMBERLY J. MUELLER